## Forrest's Estate.

60

Argued April 22, 1941. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

*R. M. Remick,* of *Saul, Ewing, Remick & Saul,* with him *Jesse S. Shepard,* for pecuniary legatee, appellant, No. 171.

*Walter C. Janney, Jr.,* with him *Cuthbert H. Latta, Jr.* and *MacCoy, Brittain, Evans & Lewis,* for pecuniary legatee, appellant, No. 194.

*Ernest Scott,* with him *Pepper, Bodine, Stokes & Schoch,* for pecuniary legatee, appellant, No. 195.

*John E. Stevenson* and *Howard H. Yocum,* for pecuniary legatee, appellant, No. 193.

*Robert W. Archbald, Jr.,* of *Archbald & Busser,* for charity in remainder, appellee.

*J. Claude Bedford,* for charity in remainder, appellee.

PER CURIAM, September 29, 1941:

The decree is affirmed on the opinion of Judge KLEIN of the court below. Costs are to be paid by the appellant in each case.